# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# (SPARTANBURG DIVISION)

GETTYS BRYANT MILLWOOD, et al., )
Plaintiff/Petitioner/USA,                     )     Case No. 7:1-cv-01445-DCC
                                              )
v.                                            )     Application/Affidavit for
STATE FARM LIFE INSURANCE COMPANY, )         ***Pro Hac Vice*** Admission
Defendant/Respondent.                         )
                                              )

(1) **Name.**  Nathaniel     C.     Giddings
            First         Middle     Last

(2) **Residence.** I reside in the following state: Maryland
    If a South Carolina resident, indicate months/years of residence: _____

(3) **Business Address.** I am an attorney and practice law under the name of or as a member of the following firm:

    Firm name: Hausfeld
    Mailing address: 1700 K Street, NW Suite 650  City/State/Zip: Washington, DC 20006
    Telephone number: 202-540-7200
    Facsimile number: 202-540-7201
    E-mail address: ngiddings@hausfeld.com
    (Application will not be considered without an e-mail address to receive electronic notification.)

(4) **Jurisdiction of this Court.** I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District 1 maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court                                               | Date Admitted | Good Standing |        |
|-----------------------------------------------------|---------------|---------------|--------|
| State of Illinois; 11/10/2011                       |               | ☒ Yes         | ☐ No   |
| U.S.D.C., Northern District of Illinois; 01/26/2012 |               | ☒ Yes         | ☐ No   |
| U.S.D.C., District of Columbia; 05/05/2014          |               | ☒ Yes         | ☐ No   |
| U.S.C.A., Second Circuit; 03/26/2015                |               | ☒ Yes         | ☐ No   |
| U.S.C.A., Sixth Circuit; 01/14/2014                 |               | ☒ Yes         | ☐ No   |
| U.S.C.A., Ninth Circuit; 08/06/2012                 |               | ☒ Yes         | ☐ No   |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? ............................................................. ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: David M. Wilkerson
Firm Name: Van Winkle Law Firm
Street Address or Post Office Box: 11 N. Market Street
City, State, and Zip Code: Asheville, NC 28801
Telephone Number: 828-258-2991
E-Mail Address: dwilkerson@vwlawfirm.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

(14) Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties:
GETTYS BRYANT MILLWOOD and JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

Signature of Applicant

Sworn to and subscribed before me this 11th day of July, 2019.

_Ann Galloway_
A Notary Public
of the ~~State of~~ District of Columbia

My Commission expires: 05/31/2024

Ann Galloway
Notary Public, District of Columbia
My Commission Expires May 31, 2024

Revised 3/27/14                              Page 3 of 3



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Nathaniel Christian Giddings

was duly qualified and admitted on **January 11, 2013** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on June 11, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.