IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| GETTYS BRYANT MILLWOOD, JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 7:19-cv-01445-dcc |

**PLAINTIFFS' SUPPLEMENAL MEMORANDUM OF LAW
CONCERNING PRIVILEGE ISSUES**

# TABLE OF CONTENTS

I. **PRELIMINARY STATEMENT**..........................................................................................1

II. **FACTS**..................................................................................................................................3

III. **LEGAL STANDARDS** ......................................................................................................4

   A.  The Attorney-Client Privilege Applies to Requests for and Conveyance of Legal Advice ....................................................................................................................4

   B.  The Work Product Protection Applies to Work Done in Anticipation of Litigation ........................................................................................................................5

IV. **ARGUMENT** ......................................................................................................................7

   A.  Privilege Has Been Waived Over 120 Documents..........................................................7

   B.  In the Alternative, *In Camera* Review of 25 Documents is Appropriate ..................8

      1.  Documents Not Directly Involving Attorneys Are Unlikely to be Privileged ....................8

      2.  Documents Involving Third Parties Are Unlikely to be Privileged .................................11

      3.  Documents for Which Duplicates Have Been Produced Are Unlikely to be Privileged .................................................................................................................13

      4.  Documents that Do Not Appear to Convey or Request Legal Advice are Unlikely to be Privileged ...................................................................................................15

      5.  The Work Product Protection is Unlikely to Apply ...........................................................18

   C.  Appointment of a Special Master May Be Necessary................................................19

   D.  Holding Open of Depositions Until These Privilege Issues Are Resolved is Appropriate...................................................................................................................19

V. **CONCLUSION**..................................................................................................................20

SUBMITTED FOR IN CAMERA REVIEW