# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| GETTYS BRYANT MILLWOOD, JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated, | Civil Action No. 7:19-cv-01445-dcc |
| Plaintiffs, | |
| v. | |
| STATE FARM LIFE INSURANCE COMPANY, | |
| Defendant. | |

**MOTION TO LEAVE TO FILE DOCUMENT UNDER SEAL**

Pursuant to Local Civil Rule 5.03, Plaintiffs move for leave to file the following documents under seal: Plaintiffs' Supplemental Memorandum of Law Concerning Privilege Issues.

Plaintiffs seek to file this document under seal because Defendant has designated its privilege log as confidential under the protective order in this case. Plaintiffs' Supplemental Brief discusses Defendant's privilege log.

Defendant consents to this motion.

DATED: June 7, 2021

Respectfully submitted,

*/s/ David M. Wilkerson*
David M. Wilkerson
SC Federal ID# 7188

1

2

The Van Winkle Law Firm
11 N. Market Street
Asheville, NC 28801
Tele: 828-258-2991
Fax: 828-257-2767
Email:
dwilkerson@vwlawfirm.com

Melinda R. Coolidge
James J. Pizzirusso
Nathaniel C. Giddings
HAUSFELD LLP
888 16th Street, NW
Washington, DC 20006
Tele: 202-540-7200
Fax: 202-540-7201
Email:
mcoolidge@hausfeld.com
Email:
jpizzirusso@hausfeld.com
Email:
ngiddings@hausfeld.com

Kimberly A. Fetsick
HAUSFELD LLP
33 Whitehall Street, Floor 14
New York, New York 10004
Tele: (646) 357-1100
Fax: (212) 202-4322
Email: kfetsick@hausfeld.com

Sophia Goren Gold
KALIEL PLC
1875 Connecticut Avenue NW,
10th Floor
Washington, DC 20009
Tele: 202-350-4783
Email: jkaliel@kalielpllc.com
Email: sgold@kalielpllc.com

Larry D. Lahman
Roger L. Ediger
MITCHELL DeCLERCK
202 West Broadway Avenue
Enid, Oklahoma 73701

Tele.: 580-234-5144
Fax: 580-234-8890
Email: larry.lahman@sbcglobal.net
Email: rle@mdpllc.com

George Brandt, III
Fed. Bar No. 01451
HENDERSON, BRANDT & VIETH, P.A.
360 E. Henry St., Suite 101
Spartanburg, SC   29302
Tele: 864-583-5144
Fax: 864-582-2927
Email: gbrandt@hbvlaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ David M. Wilkerson*
David M. Wilkerson
SC Federal ID# 7188
The Van Winkle Law Firm
11 N. Market Street
Asheville, NC 28801
Tele: 828-258-2991
Fax: 828-257-2767
Email: dwilkerson@vwlawfirm.com

4