IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gettys Bryant Millwood and John Baker McClanahan, Personal Representative of the Estate of Melissa Buchanan, on behalf of Themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>State Farm Life Insurance Company,<br><br>       Defendant. | C/A No. 7:19-cv-01445-DCC<br><br>**CONSENT MOTION TO ALTER TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL BRIEF ON PRIVILEGE ISSUES (ECF # 105)** |

  Comes now Defendant State Farm Life Insurance Company who moves this Court pursuant to Rule 6(b), FRCP and Rule 6.01 of the Local Rules of Civil Procedure, for an order granting an extension of time, until and including June 25, 2021, for Defendant to submit a response to Plaintiffs' Supplemental Memorandum of Law Concerning Privilege Issues (ECF # 105). As support for this Motion and in compliance with Rule 6.01, Defendant through its undersigned counsel would show the following:

1. Based upon the June 10, 2021 telephone status conference held by Judge Coggins, Defendant's current deadline to submit a response to Plaintiffs' Supplemental Memorandum of Law Concerning Privilege Issues is June 17, 2021.

2. The extension, if granted, would extend Defendant's time to submit its response on this issue by eight (8) days.

3. The extension requested would not impact any other case deadlines.

4. The reason and good cause for this requested extension is that the parties have been working diligently to resolve the issues raised in Plaintiffs' Supplemental Memorandum of Law Concerning Privilege Issues via phone calls, a meet and confer, and email exchanges. Through the work of the parties, the documents at issue in Plaintiffs' Supplemental Memorandum have been reduced from approximately 120 documents to 5 documents. The parties believe that with the additional time requested, the parties may be able to resolve their disputes on some or all the remaining 5 documents. This will, of course, be to the parties' benefit and also will decrease the burden the parties would place upon the Court.

5. For clarity, the parties note that notwithstanding the requested extension for State Farm to file its response, the parties will still be submitting their June status conference report which Judge Coggins requested the parties to file by June 18, 2021 during the June 10, 2021 telephone status conference.

6. The undersigned counsel consulted with Plaintiffs' counsel concerning the above request for an extension. Plaintiffs' counsel has consented to the requested extension as evidenced by Mr. Wilkerson's signature below.

Accordingly, for these reasons and good cause, Defendant with Plaintiffs' consent moves for an Order extending the date to submit Defendant's response to Plaintiff's Supplemental Memorandum of Law Concerning Privilege Log Issues from June 17, 2021 to June 25, 2021.

WE SO MOVE AND CONSENT:

s/Joshua Tate Thompson
Perry D Boulier
Joshua T. Thompson
Boulier Thompson & Barnes, LLC
PO Box 1897
Spartanburg, SC 29304
864-585-4273
864-585-3844 (fax)
pboulier@holcombebomar.com

STINSON LLP

Todd Noteboom (admitted pro hac vice)
MN Bar #0240047
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:    612.335.1500
Facsimile:    612.335.1657
E-mail:  todd.noteboom@stinson.com

Jeremy Root (admitted pro hac vice)
MO Bar #59451
230 W. McCarty Street
Jefferson City, MO 65101-1553
Telephone:    573.636.6263
Facsimile:    573.636.6231
E-mail:  jeremy.root@stinson.com

ALSTON & BIRD LLP

Cari. K. Dawson (admitted pro hac vice)
GA Bar #213490
Tiffany L. Powers (admitted pro hac vice)
GA Bar #586589
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:      404.881.7000
Facsimile:      404.881.7777
Email: Cari.Dawson@alston.com
Email: Tiffany.Powers@alston.com

ATTORNEYS FOR DEFENDANT

WE SO CONSENT:

s/David M. Wilkerson
DAVID M. WILKERSON
SC Federal ID# 7188
The Van Winkle Law Firm
11 N. Market Street Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
dwilkerson@vwlawfirm.com

James J. Pizzirusso
Nathaniel C. Giddings
Melinda R. Coolidge
HAUSFELD LLP
1700 K Street, NW
Washington, DC 20006
Tele: 202-540-7200
Email: jpizzirusso@hausfeld.com
Email: ngiddings@hausfeld.com

Jeffrey Kaliel
Sophia Goren Gold
Kaliel PLLC
1875 Connecticut Avenue NW, 10th Floor
Washington, DC 20009
202-350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Larry D. Lahman
Roger L. Ediger
MITCHELL DeCLERCK
202 West Broadway Avenue
Enid, Oklahoma 73701
Tel.: 580-234-5144
Email: larry.lahman@sbcglobal.net
Email: rle@mdpllc.com

George Brandt, III (Fed. Bar No. 01451)
HENDERSON, BRANDT & VIETH, P.A.
360 E. Henry St., Suite 101
Spartanburg, SC 29302
Phone: 864-583-5144
gbrandt@hbvlaw.com

Attorneys for Plaintiff