# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| GETTYS BRYANT MILLWOOD AND JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 7:19-cv-01445-dcc<br><br>**JOINT STATUS REPORT ON MOTION TO COMPEL TRANSACTIONAL DATA (ECF # 82)** |

**COMES NOW** Plaintiffs Gettys Bryant Millwood and John Baker McClanahan, Personal Representative of the Estate of Melissa Buchanan, and Defendant State Farm Life Insurance Company ("State Farm") and provide the Court with an update on the Parties' dispute regarding the format in which State Farm's transactional data should be produced. On April 16, 2021, Plaintiffs filed a Motion to Compel. (Dkt. 82). This Motion has been fully briefed, and the Court held a hearing on May 20, 2021. The Parties supplemented their respective positions on this matter in their joint status report filed June 18, 2021. Since that time, State Farm has responded to questions from Plaintiffs with regard to the data produced, and has indicated that it is working on further responses to additional questions. A further meet and confer was held on June 28, 2021, and Plaintiffs' counsel informed State Farm that Plaintiffs and their experts intend to work from the data in the form in which State Farm has produced it. As a result the Motion to Compel (dkt 82) is now moot.

[Signatures on next pages.]

1

2

Respectfully submitted,

*/s/ David M. Wilkerson*
David M. Wilkerson
SC Federal ID# 7188
The Van Winkle Law Firm 1
1 N. Market Street
Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
dwilkerson@vwlawfirm.com

James J. Pizzirusso
Melinda R. Coolidge
Nathaniel C. Giddings
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Tele: 202-540-7200
Fax: 202-540-7201
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com
Email: ngiddings@hausfeld.com

Kimberly A. Fetsick
HAUSFELD LLP
33 Whitehall Street, Floor 14
New York, New York 10004
Phone: (646) 357-1100
kfetsick@hausfeld.com

Larry D. Lahman* Roger L. Ediger*
MITCHELL DeCLERCK
202 West Broadway Avenue
Enid, Oklahoma 73701
Tel.: 580-234-5144
Fax: 580-234-8890
Email: larry.lahman@sbcglobal.net
Email: rle@mdpllc.com

Jeffrey Kaliel
Sophia Goren Gold
Kaliel PLLC
1875 Connecticut Avenue NW,
10th Floor Washington, DC 20009
202-350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

George Brandt, III
Fed. Bar No. 01451
HENDERSON, BRANDT & VIETH, P.A.
360 E. Henry St., Suite 101
Spartanburg, SC 29302
Phone: 864-583-5144
Fax: 864-582-2927
gbrandt@hbvlaw.com

2

| | |
|---|---|
| BOULIER THOMPSON & BARNES, LLC<br>*/s/ Joshua Thompson*<br>Perry D. Boulier<br>Joshua Thompson<br>101 W. Saint John St.,<br>Suite 300<br>Spartanburg, SC 29304<br>T: 864-606-1090<br>pboulier@btblawfirm.com<br>jthompson@btblawfirm.com | STINSON LLP<br>Jeremy A. Root (*pro hac vice*)<br>230 W. McCarthy St.<br>Jefferson City, MO 65101<br>T: 573-556-3609<br>F: 573-556-3635<br>jeremy.root@stinson.com<br><br>Todd A. Noteboom (*pro hac vice*)<br>50 S. Sixth St., Suite 2600<br>Minneapolis, MN 55402<br>T: 612-335-1500<br>F: 612-335-1657<br>todd.noteboom@stinson.com |
| ALSTON & BIRD LLP<br>Cari K. Dawson (*pro hac vice*)<br>Ga. Bar # 213490<br>Tiffany L. Powers (*pro hac vice*)<br>Ga. Bar # 586589<br>1201 W. Peachtree Street<br>Atlanta, GA 30309<br>T: 404-881-7000<br>F: 404-253-8567<br>cari.dawson@alston.com<br>tiffany.powers@alston.com<br>*Attorneys for Defendant State Farm Life Insurance Company* | |