IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gettys Bryant Millwood and John Baker McClanahan, Personal Representative of the Estate of Melissa Buchanan, on behalf of Themselves and all others similarly situated, ) ) ) ) ) | C/A No. 7:19-cv-01445-DCC |
| Plaintiffs, ) ) | **CONSENT MOTION TO ALTER TIME FOR PARTIES TO FILE JOINT STATUS REPORT FOR JULY 2021** |
| v. ) ) ) | |
| State Farm Life Insurance Company, ) ) | |
| Defendant. ) | |

Come now Plaintiffs and Defendant (the "Parties") who move this Court pursuant to Rule 6(b), FRCP and Rule 6.01 of the Local Rules of Civil Procedure, for an order granting an extension of time, until and including July 23, 2021, for the Parties to submit their July 2021 Joint Status Report pursuant to ECF #64.

As support for this Motion and in compliance with Rule 6.01, the Parties through their undersigned counsel would show the following:

1.  Pursuant to the Court directive that the Parties are to submit monthly joint status reports by the 15th day of each month (ECF #64), the Parties' July 2021 Joint Status Report is presently due on July 15, 2021.

2.  The extension, if granted, would extend the Parties' time to submit their July 2021 Joint Status Report by eight (8) days.

3.  The extension requested would not impact any other case deadlines.

4.  The Parties are aware of the Court's standing preference that a motion to extend a deadline should not be filed on the date of the current deadline absent a showing of extraordinary circumstances. The reason, good cause, and extraordinary circumstances for this requested extension are as follows:

    a.  The parties are exchanging new and additional information on a near-daily basis and completing depositions.

    b.  At least three discovery issues have been raised yesterday which arise out of a recently completed deposition and further discovery exchange referenced above.

    c.  The Parties held a phone conference this morning to discuss these issues and agreed that they need more time to research and meet and confer, which cannot be accomplished today.

d.    The Parties wish to meet and confer on these issues to try in good faith to resolve them before reporting on the issues in this month's Joint Status Report or otherwise bring them to the Court's attention.

e.    The Parties believe that with the additional time requested, they may be able to resolve their disputes on some or all these discovery issues. This will be to the Parties' benefit and also will decrease the burden on the Court in its review of the July Joint Status Report and any related motion practice.

5.    All Parties consent to this request as evidenced by counsels' signatures appearing below.

Accordingly, for these reasons and good cause based on extraordinary circumstances, the Parties move for an Order extending the date to submit the July 2021 Joint Status Report from July 15, 2021 to July 23, 2021.

WE SO MOVE AND CONSENT:

s/David M. Wilkerson
DAVID M. WILKERSON
SC Federal ID# 7188
The Van Winkle Law Firm
11 N. Market Street Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
dwilkerson@vwlawfirm.com

James J. Pizzirusso
Nathaniel C. Giddings
Melinda R. Coolidge
HAUSFELD LLP
1700 K Street, NW
Washington, DC 20006
Tele: 202-540-7200
Email: jpizzirusso@hausfeld.com
Email: ngiddings@hausfeld.com

Jeffrey Kaliel
Sophia Goren Gold
Kaliel PLLC
1875 Connecticut Avenue NW, 10th Floor
Washington, DC 20009
202-350-4783

jkaliel@kalielpllc.com
sgold@kalielpllc.com

Larry D. Lahman
Roger L. Ediger
MITCHELL DeCLERCK
202 West Broadway Avenue
Enid, Oklahoma 73701
Tel.: 580-234-5144
Email: larry.lahman@sbcglobal.net
Email: rle@mdpllc.com

George Brandt, III (Fed. Bar No. 01451)
HENDERSON, BRANDT & VIETH, P.A.
360 E. Henry St., Suite 101
Spartanburg, SC 29302
Phone: 864-583-5144
gbrandt@hbvlaw.com

Attorneys for Plaintiffs

WE SO MOVE AND CONSENT:

s/Joshua Tate Thompson
Perry D Boulier
Joshua T. Thompson
Boulier Thompson & Barnes, LLC
PO Box 1897
Spartanburg, SC 29304
864-585-4273
864-585-3844 (fax)
pboulier@holcombebomar.com

STINSON LLP

Todd Noteboom (admitted pro hac vice)
MN Bar #0240047
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:      612.335.1500
Facsimile:      612.335.1657
E-mail:  todd.noteboom@stinson.com

Jeremy Root (admitted pro hac vice)
MO Bar #59451
230 W. McCarty Street

Jefferson City, MO 65101-1553
Telephone:     573.636.6263
Facsimile:     573.636.6231
E-mail:  jeremy.root@stinson.com

ALSTON & BIRD LLP

Cari. K. Dawson (admitted pro hac vice)
GA Bar #213490
Tiffany L. Powers (admitted pro hac vice)
GA Bar #586589
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:     404.881.7000
Facsimile:     404.881.7777
Email: Cari.Dawson@alston.com
Email: Tiffany.Powers@alston.com

ATTORNEYS FOR DEFENDANT