UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| GETTYS BRYANT MILLWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 7:19-CV-01445-DCC |

**DEFENDANT STATE FARM LIFE INSURANCE COMPANY'S
<u>MOTION TO EXCLUDE THE OPINIONS OF LARRY N. STERN</u>**

Under Federal Rules of Evidence 702 and 403, Defendant State Farm Life Insurance Company moves to exclude the opinions of Larry N. Stern. *See* Dkts. 154-2 & 154-5. In support of this motion, State Farm relies upon the accompanying brief and materials cited therein.

Dated: March 10, 2022

1

Respectfully submitted,

BOULIER THOMPSON & BARNES, LLC

| | |
|---|---|
| s/ Joshua Thompson | ALSTON & BIRD LLP |
| Perry D. Boulier | Cari K. Dawson (*pro hac vice*) |
| Joshua Thompson | Tiffany L. Powers (*pro hac vice*) |
| 101 W. Saint John St., Suite 300 | 1201 W. Peachtree Street |
| Spartanburg, SC 29304 | Atlanta, GA 30309 |
| T: 864-606-1090 | T: 404-881-7000 |
| pboulier@btblawfirm.com | F: 404-253-7777 |
| jthompson@btblawfirm.com | cari.dawson@alston.com |
| | tiffany.powers@alston.com |
| STINSON LLP | |
| Todd A. Noteboom (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| Jeremy A. Root (*pro hac vice*) | Kristin A. Linsley (*pro hac vice*) |
| 50 S. Sixth St., Suite 2600 | Deborah L. Stein (*pro hac vice*) |
| Minneapolis, MN 55402 | 555 Mission Street, Suite 3000 |
| T: 612-335-1500 | San Francisco, CA 94105 |
| F: 612-335-1657 | T: 415-393-8200 |
| todd.noteboom@stinson.com | F: 415-393-8603 |
| jeremy.root@stinson.com | klinsley@gibsondunn.com |

*Attorneys for Defendant State Farm Life Insurance Company*