# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| GETTYS BRYANT MILLWOOD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No. 7:19-cv-01445-dcc |

## JOINT STATUS REPORT

Pursuant to this Court's February 11, 2021 order (ECF No. 64), Plaintiff Gettys Bryant Millwood ("Plaintiff"), and Defendant State Farm Life Insurance Company ("State Farm," "State Farm Life," or "Defendant," and with Plaintiff, the "Parties") submit this Joint Status Report for the month of April 2022. The Parties update the Court regarding the issues identified below.

    **1.**    **Class Certification Briefing**

The Parties have completed class certification briefing according to deadlines set forth in this Court's Sixth and Final Amended Conference and Scheduling Order. Plaintiff filed his Motion for Class Certification[1] on January 18, 2022. State Farm filed its Opposition to Class Certification on February 25, 2022. Plaintiff filed his Class Certification Reply on March 23, 2022.

---

[1] Plaintiff's Class Certification Motion was originally filed by Plaintiff Millwood and Plaintiff John Baker McClanahan as Personal Representative of the Estate of Melissa Buchanan. On February 18, 2022, the Court granted State Farm's Consent Motion to Sever and Transfer, and the claims of John Baker McClanahan, personal representative of the Estate of Melissa Buchanan, on behalf of himself and the putative Tennessee Class, were severed and transferred to the United States District Court for the Western District of Tennessee.

## 2. **Summary Judgment Briefing**

State Farm filed its Motion for Summary Judgment on March 10, 2022. Pursuant to the Court's Order granting the Parties' Joint Motion for an Extension of Time (Dkt. 194), Plaintiff filed his opposition on April 7, 2022. State Farm's Reply is due on April 28, 2022.

Plaintiff intends to file its Motion for Summary Judgment by May 4, 2022, in accordance with the Court's Sixth and Final Amended Conference and Scheduling Order (ECF No. 147).[2]

## 3. *Daubert* **Briefing**

The Parties held a meet and confer on March 8, 2022 regarding State Farm's Motion to Exclude the Testimony of Larry N. Stern pursuant to the principles set out in *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993). The Parties were unable to resolve the matters contained in the Motion. State Farm thus filed its Motion on March 10, 2022. Pursuant to the Court's Order granting the Parties' Joint Motion for an Extension of time (Dkt. 194), Plaintiff filed his opposition on April 7, 2022. State Farm's Reply is due on April 28, 2022.

Plaintiff will reach out to State Farm to meet and confer regarding State Farm's expert testimony. If a resolution is not reached, Plaintiff intends to file its Motion to Exclude State Farm's Expert Testimony by May 4, 2022, in accordance with the Court's Sixth and Final Amended Conference and Scheduling Order (ECF No. 147).

---

[2] State Farm does not waive and expressly reserves any and all of its rights under the one-way intervention rule, to the extent it is implicated. Plaintiff also reserves any and all of his rights to challenge any arguments State Farm may make regarding one-way intervention if or when they are made, including the right to argue that State Farm has waived any one-way intervention challenge.

Respectfully submitted,

*s/ David M. Wilkerson*
David M. Wilkerson
SC Federal ID# 7188
The Van Winkle Law Firm 1
1 N. Market Street
Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
dwilkerson@vwlawfirm.com

James J. Pizzirusso
Melinda R. Coolidge
Nathaniel C. Giddings
HAUSFELD LLP
888 16th Street, N.W.
Suite 300
Washington, DC 20006
Tele: 202-540-7200
Fax: 202-540-7201
Email: jpizzirusso@hausfeld.com
Email: mcoolidge@hausfeld.com
Email: ngiddings@hausfeld.com

Kimberly A. Fetsick
HAUSFELD LLP
33 Whitehall Street, Floor 14
New York, New York 10004
Phone: (646) 357-1100
kfetsick@hausfeld.com

Jeffrey Kaliel
Sophia Goren Gold
Kaliel PLLC
1875 Connecticut Avenue NW,
10th Floor Washington, DC 20009
202-350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

George Brandt, III
Fed. Bar No. 01451
HENDERSON, BRANDT & VIETH, P.A.
360 E. Henry St., Suite 101
Spartanburg, SC 29302
Phone: 864-583-5144
Fax: 864-582-2927
gbrandt@hbvlaw.com

Larry D. Lahman* Roger L. Ediger*
MITCHELL DeCLERCK
202 West Broadway Avenue
Enid, Oklahoma 73701
Tel.: 580-234-5144
Fax: 580-234-8890
Email: larry.lahman@sbcglobal.net
Email: rle@mdpllc.com

*Attorneys for Plaintiffs*


BOULIER THOMPSON & BARNES, LLC
*s/ Joshua Thompson*
Perry D. Boulier
Joshua Thompson
101 W. Saint John St.,
Suite 300

ALSTON & BIRD LLP
Cari K. Dawson (*pro hac vice*)
Tiffany L. Powers (*pro hac vice*)
John E. Stephenson, Jr. (*pro hac vice*)

3

Spartanburg, SC 29304
T: 864-606-1090
pboulier@btblawfirm.com
jthompson@btblawfirm.com

STINSON LLP
Jeremy A. Root (*pro hac vice*)
230 W. McCarthy St.
Jefferson City, MO 65101
T: 573-556-3609
F: 573-556-3635
jeremy.root@stinson.com

Todd A. Noteboom (*pro hac vice*)
50 S. Sixth St., Suite 2600
Minneapolis, MN 55402
T: 612-335-1500
F: 612-335-1657
todd.noteboom@stinson.com

Courtney J. Harrison (*pro hac vice*)
1201 Walnut St., Suite 2900
Kansas City, MO 64106
T: 816-691-2354
F: 816-412-1172
courtney.harrison@stinson.com

GIBSON, DUNN & CRUTCHER LLP
Kristin A. Linsley (*pro hac vice*)
555 Mission Street, Suite 3000
San Francisco, CA 94105
T:  415-393-8200
F:  415-393-8603
klinsley@gibsondunn.com

Deborah L. Stein (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, CA 90071

Kara F. Kennedy (*pro hac vice*)
Tejas Patel (*pro hac vice*)
1201 W. Peachtree Street
Atlanta, GA 30309
T: 404-881-7000
F: 404-253-7777
cari.dawson@alston.com
tiffany.powers@alston.com
john.stephenson@alston.com
kara.kennedy@alston.com
tejas.patel@alston.com

Daniella Main (*pro hac vice*)
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
T: 214-922-3400
F: 214-922-3899
daniella.main@alston.com

David Wohlstadter (*pro hac vice*)
90 Park Avenue
New York, NY 10016
T: 212-210-9400
F: 212-210-9444
david.wohlstadter@alston.com

4

T:  213-229-7164
F:  213-229-6164
dstein@gibsondunn.com

*Attorneys for Defendant State Farm Life Insurance Company*