IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| GETTYS BRYANT MILLWOOD, , on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No: 7:19-cv-01445-dcc |

## JOINT STIPULATION OF DISMISSAL

WHEREAS the claims of Gettys Bryant Millwood and the certified class of South Carolina policyholders (Dkt. 253) against Defendant State Farm Life Insurance Company ("State Farm") in this action are encompassed by a nationwide class settlement in the case captioned *Niewinski, et. al. v. State Farm Life Insurance Co.*, No. 2:23-cv-4159 (W.D. Mo.);

WHEREAS on March 28, 2024, the *Niewinski* court held a final settlement approval hearing;

WHEREAS on April 1, 2024, the *Niewinski* court entered an order finally approving the settlement, and on April 10, 2024, that court entered final judgment;

WHEREAS the deadline for any notice of appeal was May 13, 2024, and no notice of appeal was filed;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, through their undersigned attorneys, hereby agree to the dismissal with prejudice of the above-captioned lawsuit. The parties further stipulate that, each Party will bear their own costs and expenses, except as provided in any agreement between them.

Dated: May 22, 2024

Respectfully submitted,

| | |
|---|---|
| *s/ David M. Wilkerson* | |
| David M. Wilkerson | Jeffrey Kaliel |
| SC Federal ID# 7188 | Sophia Goren Gold |
| The Van Winkle Law Firm | Kaliel PLLC |
| 11 N. Market Street | 1875 Connecticut Avenue NW, |
| Asheville, NC 28801 | 10th Floor Washington, DC 20009 |
| Phone: 828-258-2991 | 202-350-4783 |
| Fax: 828-257-2767 | jkaliel@kalielpllc.com |
| dwilkerson@vwlawfirm.com | sgold@kalielpllc.com |
| | |
| James J. Pizzirusso | George Brandt, III |
| Melinda R. Coolidge | Fed. Bar No. 01451 |
| Nathaniel C. Giddings | HENDERSON, BRANDT & VIETH, P.A. |
| HAUSFELD LLP | 360 E. Henry St., Suite 101 |
| 888 16th Street, N.W. | Spartanburg, SC 29302 |
| Suite 300 | Phone: 864-583-5144 |
| Washington, DC 20006 | Fax: 864-582-2927 |
| Tele: 202-540-7200 | gbrandt@hbvlaw.com |
| Fax: 202-540-7201 | |
| Email: jpizzirusso@hausfeld.com | Larry D. Lahman* |
| Email: mcoolidge@hausfeld.com | Roger L. Ediger* |
| Email: ngiddings@hausfeld.com | MITCHELL DeCLERCK |
| | 202 West Broadway Avenue |
| | Enid, Oklahoma 73701 |
| | Tel.: 580-234-5144 |
| | Fax: 580-234-8890 |
| | Email: larry.lahman@sbcglobal.net |
| | Email: rle@mdpllc.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| BOULIER THOMPSON & BARNES, LLC | ALSTON & BIRD LLP |
| | |
| *s/ Joshua Thompson* | Cari K. Dawson (*pro hac vice*) |
| Perry D. Boulier (Fed. Id. 01008) | Tiffany L. Powers (*pro hac vice*) |
| Joshua Thompson (Fed. Id. 11156) | John E. Stephenson, Jr. (*pro hac vice*) |
| 101 W. Saint John St., | Kara F. Kennedy (*pro hac vice*) |
| Suite 300 | Tejas Patel (*pro hac vice*) |
| Spartanburg, SC 29304 | 1201 W. Peachtree Street |
| T: 864-606-1090 | Atlanta, GA 30309 |
| pboulier@btblawfirm.com | T: 404-881-7000 |
| jthompson@btblawfirm.com | F: 404-253-7777 |
| | cari.dawson@alston.com |
| STINSON LLP | tiffany.powers@alston.com |
| Jeremy A. Root (*pro hac vice*) | john.stephenson@alston.com |
| 230 W. McCarthy St. | kara.kennedy@alston.com |
| Jefferson City, MO 65101 | tejas.patel@alston.com |
| T: 573-556-3609 | |
| F: 573-556-3635 | |
| jeremy.root@stinson.com | |
| | |
| Todd A. Noteboom (*pro hac vice*) | Daniella Main (*pro hac vice*) |
| 50 S. Sixth St., Suite 2600 | 2200 Ross Avenue |
| Minneapolis, MN 55402 | Suite 2300 |
| T: 612-335-1500 | Dallas, TX 75201 |
| F: 612-335-1657 | T: 214-922-3400 |
| todd.noteboom@stinson.com | F: 214-922-3899 |
| | daniella.main@alston.com |
| Courtney J. Harrison (*pro hac vice*) | |
| 1201 Walnut St., Suite 2900 | |
| Kansas City, MO 64106 | |
| T: 816-691-2354 | |
| F: 816-412-1172 | |
| courtney.harrison@stinson.com | |
| | |
| GIBSON, DUNN & CRUTCHER LLP | |
| Marcellus A. McRae (*pro hac vice*) | |
| Kristin A. Linsley (*pro hac vice*) | |
| 555 Mission Street, Suite 3000 | |
| San Francisco, CA 94105 | |

T: 415-393-8200
F: 415-393-8603
klinsley@gibsondunn.com

Marcellus Antonio McRae (*pro hac vice*)
Deborah L. Stein (*pro hac vice*)
333 S. Grand Avenue
Los Angeles, CA 90071
T: 213-229-7000
F: 213-229-7520
mmcrae@gibsondunn.com
dstein@gibsondunn.com

***Attorneys for Defendant State Farm Life Insurance Company***